IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-CR-103-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARVIN EUGENCE SPARROW, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court on defendant's motion for early termination of supervised release [DE 38]. A hearing was held before the undersigned on January 26, 2018, in Raleigh, North Carolina.

After considering the factors set forth in 18 U.S.C. § 3553(a), the Court may end a term of supervised release early. The Court may do so at any time after one year of supervision is completed if "such action is warranted by the conduct of Defendant released and in the interest of justice." 18 U.S.C. § 3583(e).

For the reasons articulated at the hearing, this Court finds that after consideration of the § 3553(a) factors, both the conduct of this defendant and the interests of justice indicate that terminating supervised release is warranted. Accordingly, defendant's motion [DE 38] is GRANTED.

SO ORDERED, this 26 day of January, 2018

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE